**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DUSTIN JOHNSON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Civil Action No. 4:22-cv-01187** |
| | § | |
| **FREEDOM MORTGAGE COPORATION,** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Dustin Johnson ("Plaintiff") and Defendant Freedom Mortgage Corporation ("Defendant") file this *Joint Stipulation of Dismissal* (the "Stipulation") pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and respectfully show the Court as follows:

Plaintiff and Defendant respectfully request that the Court sign an order of voluntary dismissal as to Plaintiff's claims against Defendant ordering:

1.  That this *Joint Stipulation of Dismissal* is granted; and

2.  That all of Plaintiff's claims against Defendant in this action are dismissed without prejudice; and

3.  That each party is to bear its respective costs and attorneys' fees.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff and Defendant stipulate as provided above and pray that the Court sign an order granting such stipulation. Plaintiff and Defendant request all other relief to which they are entitled.

Respectfully submitted by:

*/s/ Robert C. Newark, III by*
*Mark D. Cronenwett with permission*
Robert C. Newark, III
Texas Bar No. 24040097
office@newarkfirm.com
A Newark Firm
1341 W. Mockingbird Lane, Ste. 600W
Dallas, TX 75247
Telephone: (866) 230-7236
Facsimile: (888) 316-3398
ATTORNEY FOR PLAINTIFF

and

*/s/ Mark D. Cronenwett*
Mark D. Cronenwett
Texas Bar No. 00787303
Southern District Admission No. 21340
mcronenwett@mwzmlaw.com
MACKIE, WOLF, ZIENTZ & MANN,
PC
14160 N. Dallas Parkway, Suite 900
Dallas, Texas 75254
Telephone:  (214) 635-2650
Facsimile:   (214) 635-2686
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 22, 2022, a true and correct copy of the foregoing document was delivered via ECF notification to the counsel of record listed below:

Robert C. Newark, III
A Newark Firm
1341 W. Mockingbird Lane, Ste. 600W
Dallas, TX 75247

*/s/ Mark D. Cronenwett*
**MARK D. CRONENWETT**